# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CAROLINE MARIE SWENSON, *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:14-CV-0006-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 12) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a cross motions for Summary Judgment (ECF Nos. 11 & 12).

Date: November 24, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen